IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03385-MSK-CBS

JOHN S. HERNANDEZ

    Plaintiff,

v.

CF&I STEEL, L.P., d/b/a, EVRAZ, INC., NA, d/b/a ROCKY MOUNTAIN STEEL MILLS, a Delaware Limited Partnership

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION
FOR AMENDMENT OF SCHEDULING ORDER**

---

This mater comes before the Court on the Parties' Stipulated Motion for Amendment of Scheduling Order (doc. #26).

The Court having reviewed the file and this motion, FINDS AND ORDERS that the instant motion is GRANTED and the scheduling order deadlines are changed as follows:

| | | |
|---|---|---|
| 1) | Expert Witness Disclosure: | September 24, 2012 |
| 2) | Expert Witness Rebuttal: | October 24, 2012 |
| 3) | Last Day for Discovery Submission: | November 16, 2012 |
| 4) | Discovery Cut-Off: | December 20, 2012 |
| 5) | Dispositive Motion Deadline: | February 15, 2013 |

2

DATED at Denver, Colorado, on August 22, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge